IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA : 
: CASE NO. 1:05-CR-543-JEC
v. :
:
RICHARD TRONG ONG :

## MOTION TO SUPPRESS SEARCH OF VEHICLE

NOW COMES DEFENDANT, RICHARD TRONG ONG, by and through undersigned counsel and files this Motion to Suppress Search of his Vehicle and shows in support as follows:

1.

Mr. Ong's vehicle was searched on or about August 5, 2005. The search was not incident to an arrest of Mr. Ong. Items were taken from the vehicle.

2.

There was neither probable cause nor exigent circumstances to search Mr. Ong's vehicle.

WHEREFORE, for the above and foregoing reasons, Mr. Ong respectfully requests an evidentiary hearing on the issue of the search of his vehicle.

[signature on next page]

This 5th day of July, 2007.

                                                Respectfully submitted,

*s/Sandra Michaels*
SANDRA MICHAELS
State Bar No. 504014

44 Broad Street, N.W.
Suite 202
Atlanta, Georgia 30303
(404) 522-0400

ATTORNEY FOR MR. ONG

## CERTIFICATE OF SERVICE

This is to certify that the foregoing pleading is formatted in Times New Roman, 14 point, in compliance with Local Rule 5.1, electronically filed and served upon:

Mr. G. Scott Hulsey, Esq.
Suite 600 Richard Russell Bldg
75 Spring Street, S.W.
Atlanta, Georgia 30303

Stephanie Gabay-Smith, Esq.
Assistant United States Attorney
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

Dated this the 5th day of July, 2007.

                                                s/Sandra Michaels_____
                                                SANDRA MICHAELS