**FILED IN CHAMBERS**
U.S.D.C. Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

OCT 18 2007

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL CASE NO. 1:05-CR-543-JEC |
| | **MAGISTRATE JUDGE SCOFIELD** |
| CHIEM MACH-01 | |
| QIAN ZIAN-02 | |
| XUE-ZHONG ZHOU-03 | |
| PHI HUYNH-04 | |
| MINH HO-05 | |
| HUNG HOANG-06 | |
| ANDREW NGUYEN-07 | |
| PHOUNG NGUYEN-08 | |
| PHUK TAM BANH-09 | |
| KHOA NGUYEN-10 | |
| THAO PHAM-11 | |
| TIEN HO-12 | |
| SOKHIM SIM-13 | |
| PHI LAU-14 | |
| HUNG THE PHAM-15 | |
| THIEN L. TRAN-16 | |
| PHOUC TAN TIET-17 | |
| KHOI NGUYEN-18 | |
| DUNG CHI LE-19 | |
| RICHARD TRONG ONG-20 | |
| HOA THI NGOC TRAN-21 | |
| PHUONG DUY NGUYEN-22 | |
| SCOTT D. BOOTY-23 | |
| AN NGUYEN-24 | |
| LONG TRAN-25 | |
| CHI LE-26 | |
| HUONG BUI-27 | |
| MY NGOC HUYNH-28, | |
| Defendants. | |

AO 72A
(Rev.8/82)

|  |  |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL CASE NO. 1:05-CR-524 |
| v. |  |
| THOMAS MACH-1<br>MY NGOC HUYNH-2<br>SON TRUNG TRAN-3<br>MICHAEL S. MARTIN-4,<br>    Defendants. |  |

ORDER

The above entitled action is presently before the Court on the Magistrate Judge's Reports and Recommendations [618, 892, and 984].

The first Report and Recommendation [618] was filed on September 19, 2006 as to Chiem Mach (1), Phuong Nguyen (8), Phuk Tam Banh (9), Tien Ho (12), Hung The Pham (15) and Thein L. Tran (16) denying the Motions to Suppress Post-Indictment Voice Exemplars [222, 232, 255, 258, 464].

On March 30, 2007, a Report and Recommendation [892] was filed as to Chiem Mach (1), Phi Huynh (4), Minh Ho (5), Andrew Nguyen (7), Phoung Nguyen (8), Phuk Tam Banh (9), Khoa Nguyen (10), Thao Pham (11), Tien Ho (12), Phi Lau (14), Hung The Pham (15), Thien L. Tran (16), Phouc Tan Tiet (17), Khoi Nguyen (18), Dung Chi Le (19), Richard Trong Ong (20), Hoa Thi Ngoc Tran (21), Scott D. Booty (23). This Report and Recommendation denied defendant Andrew Nguyen's Motion to Suppress Intercepted Communications [208], as supplemented

2

and adopted by other defendants; denied Motions to Suppress based on illegal wiretaps [469, 485, 345]; and granted Motions to Adopt [432, 466, 468, 774, 422, 770, 395, 486].

On July 31, 2007, a Report and Recommendation was issued as to all defendants in granting the Motion to Consolidate, filed as Document No. 818 in Criminal Case No. 1:05-CR-543 and as Document No. 42 in Criminal Case No. 1:05-CR-524.

No objections to the above Report and Recommendations have been filed by any defendants.

The Court has reviewed the above Report and Recommendations [618, 892, 984] and **ADOPTS** them as the ruling of this Court. The Clerk is directed to **CONSOLIDATE** Criminal Case No. 1:05-CR-524 with 1:05-CR-543. To avoid confusion, the Clerk shall **NOT** transfer any of the previous documents filed in 1:05-CR-524 to 1:05-CR-543. Going forward, however, any new filings as to the defendants in the 1:05-CR-524 action shall be docketed in the 1:05-CR-543 case and the 1:05-CR-524 action shall be closed.

SO ORDERED this _18_ day of OCTOBER, 2007.

JULIE E. CARNES
UNITED STATES DISTRICT JUDGE