**U.S. Department of Justice**

United States Attorney
Northern District of Georgia

---

| | | |
|---|---|---|
| G. SCOTT HULSEY<br>Assistant United States Attorney<br>scott.hulsey@usdoj.gov | Suite 600 Richard Russell Building<br>75 Spring Street, S.W.<br>Atlanta, Georgia 30303 | Voice 404-581-6286<br>Fax  404-581-6181 |

May 23, 2008


The Honorable Julie E. Carnes
75 Spring Street, SW
Courtroom 2167
Atlanta, Georgia 30303

    Re:  **United States v. Chiem Mach, et al.**, Criminal Action No.
        1:05-CR-543 & **Thomas Mach, et al.**, Criminal Action No.
        1:05-CR-524

Dear Judge Carnes:

    This letter responds to your recent Order directing the Government to advise the Court of the defendant groupings for the August 4 and August 18 trials in the above-referenced cases. The Government proposes the following:

August 4 trial: Hung The Pham, Tien Ho, Minh Ho, and Phi Huynh.

August 18 trial: Son Trung Tran, My Ngoc Huynh, Scott D. Booty, Richard Ong, and Anh Nguyen.

    The Government would like to make two requests of the Court concerning scheduling. First, if possible, the Government seeks to begin the first trial on August 11, rather than August 4, as our lead agent is supposed to be on annual leave the first week. Second, the Government asks the Court to set aside time between the two trials – between 2 business days to 1 week – so that the Government may adequately prepare for the second trial.

    Lastly, the Government would note that Scott D. Booty is on bond and residing in Canada. He is not legally permitted to re-enter the United States. Consequently, the Court may find it necessary to issue an order to Immigrations and Customs Enforcement and/or Customs and Border Patrol to permit Booty to return to the United States to stand trial.

Letter to Judge Carnes
page 2

    Thank you for your consideration of these matters.

                                      Sincerely,

                                      DAVID NAHMIAS
                                      UNITED STATES ATTORNEY


                                      s/G. SCOTT HULSEY
                                      ASSISTANT UNITED STATES ATTORNEY


cc: via defense counsel