IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : CRIMINAL ACTION NO. |
| | : 1:05-CR-543-20-JEC |
| v. | : |
| | : |
| RICHARD TRONG ONG, | : |
| | : |
| Defendant. | : |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S**
**MOTION FOR RETURN OF PERSONAL CHECKS**

COMES NOW the United States of America, by and through its counsel, David E. Nahmias, United States Attorney, and G. Scott Hulsey, Assistant United States Attorney, for the Northern District of Georgia, and responds to Defendant's Motion for Return of Personal Checks, and in support thereof shows as follows:

The checks at issue are in the possession of the DEA in Boston, Massachusetts. The Government has no objection to the return of the checks to the defendant. The Government expects to receive the checks from Boston later this week and will provide them forthwith to the defendant's attorney. The Government still reserves the right to tender copies of the checks into evidence at trial. In light of the foregoing, the Government respectfully

requests that the Court delay any hearing on this matter unless and until such time as it appears a hearing is necessary.

>                        Respectfully Submitted,
>
>                        DAVID E. NAHMIAS
>                        United States Attorney
>                        Northern District of Georgia
>
>                        /s/G. SCOTT HULSEY
>                        Assistant United States Attorney
>                        Georgia Bar No. 377480

600 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303
(404) 581-6000
(404) 581-6181 FAX

```
        IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF GEORGIA
                 ATLANTA DIVISION
```

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | CRIMINAL ACTION NO. |
| : | 1:05-CR-543-20-JEC |
| v.   : | |
| : | |
| RICHARD TRONG ONG,   : | |
| : | |
| Defendant.   : | |

**CERTIFICATE OF COMPLIANCE AND SERVICE**

I hereby certify that the above was prepared using Courier New 12 point font, and that I have caused a copy of the foregoing RESPONSE TO DEFENDANT'S MOTION FOR RETURN OF PERSONAL CHECKS to be electronically filed with the Clerk of Court using the CM/ECF system.

This 3rd day of June, 2008

```
                              /s/ G. SCOTT HULSEY
                              ASSISTANT UNITED STATES ATTORNEY
                              scott.hulsey@usdoj.gov
```