IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| vs. | : | CRIMINAL CASE |
| | : | No. 1:05-CR-543 (JEC)(ECS) |
| RICHARD TRONG ONG | : | |

## DEFENDANT ONG'S OBJECTIONS TO THE MAGISTRATE'S REPORT AND RECOMMENDATION

Comes now, RICHARD TRONG ONG, Defendant in the above-styled action, by and through undersigned counsel and files his Objections to the Magistrate's Report and Recommendation (Doc. 1197).

-1-

Mr. Ong objects to the Magistrate's denial of Defendant Booty's Motions to Dismiss (Doc.'s 755, 777) as adopted (Doc. 872).

This 29th day of July, 2008.

                                              Respectfully submitted,

                                              s/ Sandra Michaels_____

202 The Grant Building          SANDRA MICHAELS
44 Broad Street, N.W.           Georgia Bar No. 504014
Atlanta, Georgia   30303
Ph: (404) 522-0400             COUNSEL FOR MR. ONG
Fx: (404) 223-6467

## **CERTIFICATE OF SERVICE**

This is to certify that the foregoing pleading is formatted in Times New Roman, 14 point, in compliance with Local Rule 5.1, electronically filed and served upon:

Stephanie Gabay-Smith, Esq.
Assistant United States Attorney
600 Richard B. Russell Building
75 Spring Street, S.W.
Atlanta, GA  30303

Dated this the 29th day of July 2008.

s/Sandra Michaels_____
SANDRA MICHAELS