# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cr-00543-JEC-ECS
## USA v. Mach et al
## Honorable Julie E. Carnes

Minute Sheet for proceedings held In Open Court on 10/15/2010.

| | |
|---|---|
| TIME COURT COMMENCED: 11:12 A.M. | COURT REPORTER: David Ritchie |
| TIME COURT CONCLUDED: 12:20 P.M. | CSO/DUSM: CSO Moye |
| TIME IN COURT: 1:08 | USPO: Francean Jackson |
| | DEPUTY CLERK: Dee-dee McGoldrick |

| | |
|---|---|
| DEFENDANT(S): | [20]Richard Trong Ong Present at proceedings |
| ATTORNEY(S) PRESENT: | Michael Herskowitz representing USA<br>Gary Hulsey representing USA<br>Sandra Michaels representing Richard Trong Ong |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing-Contested); |
| MINUTE TEXT: | Also present on behalf of Government, Agent James Connelly. Defendant argued objections to PSR and Government responded. Government's exhibits 1,2 admitted. Defendant sentenced to CBOP 168 months; 5 years supervised release; $100 special assessment. Defendant objected. Appeal rights given and defendant remanded to USMS custody. |
| HEARING STATUS: | Hearing Concluded |